UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20178-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

IVAN ACEVEDO,
    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Aimee Ferrer. Please direct any future inquiries, pleadings or correspondence to Ms. Ferrer on behalf of the Defendant, Ivan Acevedo.

Respectfully Submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By:    */s/ Aimee Ferrer*_____
Aimee Ferrer
Assistant Federal Public Defender
Florida Bar No. 17827
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Email: aimee_ferrer@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **May 1, 2019,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Aimee Ferrer*